UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | 2:19-cv-09540-ODW-RAO | Date | February 25, 2020 |
|---|---|---|---|

*George Kruse et al v. Actuant Corporation et al.*

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**         **In Chambers**

The Court has vacated and taken off calendar the hearing on the motion to remand. (ECF No. 178.) Accordingly, the Court **DENIES** as moot the application at ECF No. 179 and Ex Parte Appliction at ECF No. 180.

**IT IS SO ORDERED.**

                                                                                     :     00

Initials of Preparer    SE